```
Christopher M. Hunter, Esq., Nevada SBN 8127
McCarthy & Holthus, LLP
9510 W. Sahara, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
Attorney for Defendant:
Quality Loan Services, Corporation and
Residential Credit Solutions, Inc.
```

# DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| JOHN H, HUSTON; JANICE J. COLE, <br><br>　　　　　　Plaintiffs, <br><br>v. <br><br>RESIDENTIAL CREDIT SOLUTIONS, INC., a Delaware corporation; QUALITY LOAN SERVICE CORPORATION, a California corporation; FV REO 1, LLC; and DOES 1 – 25 CORPORATIONS, DOES and ROES 1 through 10, inclusive, <br><br>　　　　　　Defendants | CASE NO. 2:11-cv-01749-LDG-CWH <br><br><br>**STIPULATION AND ORDER OF DISMISSAL OF CASE WITH PREJUDICE** |

COMES NOW Defendants, Quality Loan Service Corporation and Residential Credit Solutions, Inc.., by and through its counsel of record, Christopher M. Hunter, Esq., and Plaintiffs, John H. Huston and Janice J. Cole, by and through their counsel of record, Jonathan J. Tew, Esq., who do hereby stipulate, after careful consideration of the facts, history, costs of litigation and status of the proceedings have determined that it is in their best interests that the above referenced case be hereby dismissed with prejudice, each party to bear its own costs and fees.

The parties further stipulate that the lis pendens affecting the property located at 6772 Running Colors Ave., Las Vegas, Nevada 89503 (APN 125-11-310-014) and recorded by

- 1

Plaintiffs on October, 2011 in the public records of Clark County, Nevada as instrument number 201110200000840 be expunged and have no further force and effect.

Dated: 1/20/2012   By:   /s/Christopher M. Hunter
Christopher M. Hunter, Esq.
9510 W. Sahara, Suite 110
Las Vegas, NV 89117

Dated: 1/20/2012   By:   /s/Jonathan J. Tew
Jonathan J. Tew, Esq.
50 W. Liberty St., Suite 500
Reno, NV 89501

## ORDER

Based on the above and the foregoing and good cause appearing, IT IS SO ORDERED.

By: _____
UNITED STATES DISTRICT JUDGE

DATED this 20 day of January, 2012.

Submitted by:

By:   /s/Christopher M. Hunter
Christopher M. Hunter
9510 W. Sahara, Suite 110
Las Vegas, NV 89117

- 2